**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel V. Lopez,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>　　　　Respondents. | No. CV-98-0072-PHX-SMM<br><br>DEATH PENALTY CASE<br><br><br>**ORDER** |

The Court, having received Respondents' unopposed Motion for Extension of Time to File Merits Brief, finds good cause for the requested twenty-day extension. Because this is the second extension requested, counsel is cautioned that the Court is not inclined to grant additional time absent a showing of extraordinary circumstances.

Accordingly,

**IT IS ORDERED** that Respondents' Motion for Extension of Time (dkt. 194) is **GRANTED**, and Respondents shall file their Merits Response on the sentencing-phase claims on or before **July 11, 2006**.

DATED this 19th day of June, 2006.

_____
Stephen M. McNamee
United States District Judge