**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel V. Lopez, | ) No. CV-98-0072-PHX-SMM |
| Petitioner, | ) <u>DEATH PENALTY CASE</u> |
| vs. | ) |
| | ) **ORDER** |
| Dora Schriro, et al., | ) |
| Respondents. | ) |

Pending before the Court is Petitioner's Motion to Alter or Amend Judgment and a corresponding Motion to Exceed Page Limitations for the motion to alter or amend. The motion for additional pages is reasonable and will be granted. Before ruling on Petitioner's motion to alter or amend, the Court has determined that a response on issue I ("Respondents expressly conceded Petitioner's constitutional violation resulting from his sentencing counsel's ineffectiveness was exhausted") would be helpful.

Accordingly,

**IT IS ORDERED** that Petitioner's Motion to Exceed Page Limitations (Dkt. 203) is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents shall file a response to Petitioner's Motion to Alter or Amend, limited to Issue I, within ten (10) days of this Order's file date.

DATED this 1st day of August, 2008.

_____
Stephen M. McNamee
United States District Judge