**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Villegas Lopez,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-98-72-PHX-SMM<br><br>DEATH PENALTY CASE<br><br>**ORDER SETTING EXPEDITED<br>BRIEFING SCHEDULE** |

Petitioner, an Arizona capital prisoner, is scheduled to be executed on May 16, 2012. On April 9, 2012, Petitioner filed a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b). (Doc. 237.) In light of the impending execution date,

**IT IS ORDERED** that Respondents shall file a response to Petitioner's motion no later than **Monday, April 16, 2012**. Because this Court has already returned the state court record to the Arizona Supreme Court (*see* Doc. 234), Respondents shall append to their response copies of any documents or transcripts from the state court record relevant to consideration of Petitioner's motion. The Court does not require a reply brief.

DATED this 10th day of April, 2012.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
Senior United States District Judge