WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Villegas Lopez, | No. CV-98-72-PHX-SMM |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER SETTING EXPEDITED BRIEFING SCHEDULE** |
| Charles L. Ryan, et al., | |
| Respondents. | |

Petitioner, an Arizona capital prisoner, is scheduled to be executed on May 16, 2012. On April 9, 2012, Petitioner filed a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b). (Doc. 237.) In light of the impending execution date,

**IT IS ORDERED** that Respondents shall file a response to Petitioner's motion no later than **Monday, April 16, 2012**. Because this Court has already returned the state court record to the Arizona Supreme Court (*see* Doc. 234), Respondents shall append to their response copies of any documents or transcripts from the state court record relevant to consideration of Petitioner's motion. The Court does not require a reply brief.

DATED this 10th day of April, 2012.

Stephen M. McNamee
Senior United States District Judge