**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Villegas Lopez, | No. CV-98-72-PHX-SMM |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| Charles L. Ryan, et al., | **ORDER** |
| Respondents. | |

**IT IS ORDERED** granting Respondents' unopposed Motion for Extension of Time to File Response to Petitioner's Motion for Relief from Judgment (Doc. 243). The response is due April 20, 2012.

DATED this 13th day of April, 2012.

Stephen M. McNamee
Senior United States District Judge